# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130864 & (25) (26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

HARRY BOUT,
　　　　　Defendant-Appellant.

SC:  130864
COA:  263253
Kent CC:  85-037049-FC

_____/

　　　　On order of the Court, the application for leave to appeal the February 10, 2006 order of the Court of Appeals, the motion to file brief amicus curiae, and the motion to remand are considered.  The motion to file an amicus brief is GRANTED.  The application for leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.

　　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821